435 A.2d 928

Wiles, Appellant v. Hunter's Truck Sales and Service.

 Submitted November 16, 1979. Andrew M. Schifino, for appellant; Richard L. McCandless, for appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment affirmed.